IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SEAN REILLY,

    Plaintiff,

v.                                        4:10cv69-WS

PAUL M. VILLENEUVE,

    Defendant.

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 6) docketed March 10, 2010. The magistrate judge recommends that the plaintiff's complaint be dismissed. The plaintiff has filed objections (doc. 7) to the report and recommendation.

The court having considered the record in light of the plaintiff's objections, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 6) is ADOPTED and incorporated by reference into this order.

2. The plaintiff's complaint (doc. 1) is DISMISSED for lack of jurisdiction as to any state law claim and for failure to state a claim under federal law.

3. The clerk shall enter judgment accordingly.

DONE AND ORDERED this <u>　30th　</u> day of <u>　March　</u>, 2010.


<u>s/ William Stafford　　　　　　　　　　</u>
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE